IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PRISCILLA GARCIA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-1054 |
| § | |
| CARING COMPANIONS, § | |
| Defendant. § | |

**ORDER**

The plaintiffs, Priscilla Garcia, Laura Serrano, and Marciano Trevino American General Life Insurance Company, sued Caring Companions, LLC and Karena Garcia, alleging a failure to pay minimum wages and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The plaintiffs have moved for entry of a default. (Docket Entry No. 6). The motion and supporting documents show that the defendants have been served but have failed to appear in this action. Entry of default is proper under Rule 55(a).

No later than September 15, 2011, the plaintiffs must file a motion for judgment by default, providing proof of notice to the defendants; submit affidavits with supporting documentation of the plaintiffs' damages, including computation and explanation of any prejudgment interest sought; and submit affidavit evidence of any attorneys' fees sought, including a precise explanation of the reasonable charges for necessary service to prosecute this case.

The initial pretrial conference set for August 26, 2011, is cancelled.

SIGNED on August 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge